Roman L. Hruska
Federal Courthouse
111 South 18th Plaza
Suite 1152
Omaha, NE. 68102

New Case
Civil Case
Pro se
~~##cv##~~
8:21CV98

Pro Se Judge:
Richard G. Kopf

Lancaster County Jail
3801 West O Street
Lincoln, NE. 68528
S3 Cell 4B Eastwing

Filer: Austin Edward Lightfeather
CFN: 512205
Sign: [signature]
Dated: 03-06-2021

RECEIVED MAR 10 2021 CLERK U.S. DISTRICT COURT

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA 2021 MAR 10 PM 1:06 OFFICE OF THE CLERK

Plaintiff:
    Austin Edward Lightfeather

Defendant:
1 United States Rendition Program,
2 United States Central Intelligence Agency,
3 United States National Security Administration,
4 United States Air Force, 5 United States Marine Corps,
6 Brenda Mae Quarry, Bower, Howard, Stinson,
7 Roger Harrison Bower USAF colonel,
8 Jeffrey Harrison Bower, 9 Scott Grizwald

Federal Question

1) Article Title: Knocking on the torturers door
   38 Colum. Human Rights L. Rev. 581
   written by: Columbia Human Rights Review
   Spring of 2007

2) Sovereighn Immunity

3) War crimes Against Humanity

4) Treason

5) Targeting united states civilians with illegal survallence as a government

6) illegal use of Air craft to monitor civilians 4th Amendment privacy rights

7) illegal use of electronic targeting with the use of a military Air craft.

8) US code 42 12101 Disability Rights

\* Body of Complaint \*  Page Three

With in this body I will use letters A, B, C, D.... To list Defendants with in the event which can include Co-Defendants by their number listed on page one. With Relief to follow listed by the letter Associated with the event A, B, C, D...

A. Defendants: 1 United States Rendition Program, 2 United States Central Intelligence Agency, 3 United States National Security Administration, 4 United States Air Force, 5 United States Marine Corps 6 Brenda Mae Quarry, Bower, Howard, Stinson 7 Roger Harrison Bower USAF Colonel, 8 Jeffrey Harrison Bower, 9 Scott Grizwald

In 2006 while Jeffrey Harrison Bower had cancer before his death slandered my name to many people, relatives, friends, co-workers, & military Associates claiming I was a sex offender by letters, e-mails, & phone calls. After the death of Jeffrey H. Bower on January 12, 2007; Brenda Mae defendant #6 carried on the wishes of Jeffrey H. Bower & Defendant #7 Roger Harrison Bower USAF Colonel spread the same lies to his military co-workers & family members & to Defendants; 1, 2, 3, 4, 5, 9. In which I was then placed

into the US Rendition Torture program, by the Central Intelligence Agency. In 2008 I attempted to enlist into the USMC Defendant #5 who passed me on the ASVAB & was ready to place me into USMC boot camp on a plane to San Diago, CA. Specifically March of 2008. Brenda Mae Defendant #6 came to the recruit center without me & told the members I was a sex offender, in which I was then never contacted by the USMC again. Scott G. Defendant #9 was close personal friends with Jeffrey H. Bower defendant #8, & joined the A.R.M.Y. as Jeff joined the Marines in 1982, Jeffrey received a Dishonorable Discharge in 1985 for violently assualting 6 M.P.s after an altercation with his Staff Sgt. In San Diago, CA. Scott G. would visit Jeffrey off of the base as he told us stories. Scott G. Defendant #9 Also spread false rumors to his military friends, in 2007 up until the present. while in Lincoln, NE. The USAF requested me to join the Air Force, an officer approached me at a public park on 40th & South street & gave me his card this took place in 2008 of March I never called the officer. The USAF is Defendant #4. So, in 2008 I figured I would join the USMC Defendant #5 in March.

→

Complaint continued * Page Five

by going to the recruit station in Lincoln, NE. I failed the ASVAB the first go around. I then continued to return to the center of Defendant #5 with the officers present. I was still in high school when I applied but I was of age. The officers saw my drive to want to serve in the USMC so they obtained an over ride from their sgt. to accept me. I reported the news to Brenda Defendant #6 who then went to the center without me & slandered my name. I never heard back.

I then learned of a "Broadcast", a term used with survallence, simular to an All person Broadcast, but used with higher advanced technology such as Satellites, & IM2-catures a mimic cell phone tower tool to intercept cell phone calls & emails to listen to live conversations which are opperated by the N.S.A. Defendant #3 & The C.I.A. Defendant #2. In which both defendants use local law enforcement to target, arrest, detain & torture the subject or person of interest, on something called a "Black File", the same files Edward Snowden, ex-NSA employee had access to in Hawii. I was without my consent [pla]ced into the Defendant #1 Rendition Program - [k]nown for secrecy based on extra judicail nature [of] the initial detainment, known as a "Safe house",

* complaint continued *

Page six

where an officer is always on stand by. This safe house has "water boarding", "Finger Breaking", "Finger nail ripping", & "cutting", for intelligence, names, or just to torture. Facilities that appear to be abandoned are occupied by military agen which include barns in the country. The purpose is to break down the target to full vulnerability, to kill the "Blackfile subject", or detain them with local or state police, to conflict psychological torture for break down of the target. Non-military ordinary civilians of America are being placed into this torture program. The USAF Defendant #4 use Airplanes to survallence the target or black hawk choppers meant for war or rescue recon missions, based on a black hawk being able to hold 9 to 13 humans during one trip. The C.I.A. Defendant #2 will use the USAF Defendant #4 in support of this targeting, such as the use of cable Television, or car radio broad casting. Defendants 6, 7, 8, 9, initiated me into the Blackfile; in which I survived since 2007 after the 2006 start of it. The program is specific to each target, & it targets the target on it's dislikes & likes with CBA's community based agents in a program called (T.I.S) Targeted individuals, that even have a website called

→

\* Complaint Continued \*

Page Seven

Targetedindividuals.com, with C.B.A. Guidelines, to educate a T.I. on what is happening. A C.B.A. when notified a T.I. is in their community they target verbally, steal items, cause drama, & stress, to the target until the target falls apart. Please take legal notice this is treason punishable by death, the US constitution prohibits these Acts. A C.B.A.'s purpose is to make the T.I. appear delusional, mentally unkept, mentally unstable, for the purpose of "cancle culture", & "Censorship". The USAF base in Colorado Springs, CO. uses beam ray activity to cause the target cancer when aimed at the targets body. The photos of weapons are on the T.I. website, which can be searched on Google.Search. Based on law of Sovereign Immunity, Governments have gotten away with targeting me for years, in the judicial system, with the use of psychological torture, & due to my Autism, I am seen as less believed or weaker by society members, inferior even to women & children, & treated as delusional. Please Add, cases 4:20 CV3118 LightFeather V. Osburn et al & 8:21CV68 LightFeather V. Ventry et al, to the foot notes.

# Relief Request

Page Eight

A. Defendants, numbered:

<u>1, 2, 3, 4, 5, 6, 7, 8, 9</u>

Request Relief of: $ 100,000,000.00 million Dollars.

Request Relief of: <u>incarceration</u> & <u>Dismissle</u> of all criminal charges in the Jurisdiction of Nebraska; Gage county, NE. & Lancaster county, NE.

Request of Relief of a <u>Federal Probe</u> on all 9 defendants, even the listed death of defendant 8 into his life before his death.

# 512205

Inmate Name: Austin Lightfeather
Lancaster County Department of Corrections
3801 West O Street
Lincoln, NE 68528

**INMATE MAIL - UNCENSORED**

OMAHA NE 680
8 MAR 2021 PM 3 L

Hasler
03/08/2021
US POSTAGE $00.51⁰

FIRST-CLASS MAIL

ZIP 68528
011D11639928

Mail room please stamp $0.00 incom

RECEIVED
MAR 10 2021
CLERK
U.S. DISTRICT COURT

Judge Richard G. Kopf
Roman L. Hruska
Federal Courthouse
111 South 18th Plaza
Suite 1152
Omaha, NE. 68102

RECEIVED
MAR 10 2021
CLERK
U.S. DISTRICT COURT

Legal mail

681021204

Confidential